IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:13-cv-00029 |
| | ) |
| PUTNAM COUNTY JUSTICE CENTER *et al.*, | ) Judge Sharp |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Anthony Nelson filed a *pro se* complaint (ECF No. 1) in this Court on or around April 3, 2013, asserting claims under 42 U.S.C. § 1983. Recently filed documents that were mailed by regular U.S. mail to the plaintiff at his address of record were returned to the court was returned to the court with the a "return to sender" notice. The same documents sent by certified mail were returned to the court with the notice:

> Return to Sender
> Attempted – Not Known
> Unable to Forward

(ECF No. 13.) The Court understands that the plaintiff has been released from custody and is no longer detained at the Overton County Justice Center. However, he has failed to keep the Court apprised of his current mailing address.

Because the plaintiff has failed to notify the Court of his changed circumstances and failed to take the necessary steps to prosecute this action, the complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge